IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93MJ150-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**LARRY DALE MERRITT, JR.,**<br><br>**Defendant.** | ORDER |

**THIS MATTER** is before the Court on the Government's "Motion to Dismiss" (document #2), filed February 15, 2012. For the reasons stated therein, the Motion is **GRANTED**, that is, the charges against Defendant are hereby **DISMISSED without prejudice**.

**SO ORDERED**.

Signed: February 24, 2012

David S. Cayer
United States Magistrate Judge